IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | § § § | |
| v | § § § | Court No. 1:16-cv-01281 |
| DOMINIQUE G. COLLIOT<br>Defendant | § § § § | |
| and | § § | |
| UBS FINANCIAL SERVICES INC.,<br>Garnishee. | § § § | |

**VERIFIED ANSWER OF
UBS FINANCIAL SERVICES INC.**

UBS Financial Services Inc ("UBS"), Garnishee-Defendant, files this Verified Answer to the Writ of Garnishment received by UBS on or about February 22, 2017, and in answer shows the following:

**I.
Date of Service**

1. The Writ of Garnishment was served on UBS on or about February 22, 2017 ("date of service").

**II.
Indebtedness Derived from Trust Accounts**

2. On the date of service and the date of this answer, UBS maintained or referenced the following assets in two brokerage accounts over which Defendant Dominique G. Colliot has control via a trading authorization, specifically account XXXX633, styled in the name "Dominique G Colliot TTEE U/A Dtd 03/25/1991 Dominique Colliot Trust," and account

1

XXXX632, styled in the name "Michele T Colliot TTEE U/A Dtd 03/25/1991 Michele T Colliot Living Trust" ("the Accounts"). With respect to the 632 account, Mr. Colliot has trading authorization but is not the Trustee. On February 22, 2017, account XXXX633 had a value of $4,443,878.28 and account XXXX632 had a value of $1,323,916.20. We have restricted the accounts against trading and withdrawals. **The Accounts are pledged as collateral on a UBS Bank USA Premier Variable Credit Line held and managed for Dominique G Colliot TTEE U/A Dtd 03/25/1991, Dominique Colliot Trust with an outstanding balance of $1,175,462.89, with interest continuing to accrue at approximately $90.66 per day.**

### III.
### Market Fluctuations

3. The value of the Accounts described above may change due to market activity, over which UBS has no control.

### IV.
### No Personal Property

4. On the date of service and the date of this answer, UBS was not in possession of any personal property belonging to Defendant, other than the Accounts described above.

### V.
### Knowledge of Other Debts Owed to Judgment-Defendant

5. UBS is not aware of any other person owing any debts to Defendant, or possessing effects belonging to Defendant.

### PRAYER

UBS Financial Services Inc., Garnishee, prays that:

a. It be discharged on the answer and that the garnishment be terminated in accordance with 28 U.S.C. § 3205 (c)(10).

2

b.     For such other relief to which UBS may show itself to be justly and properly entitled.

                              Respectfully Submitted,

                              **BALLARD & LITTLEFIELD LLP**

                              By: /s/Donald R. Littlefield
                                     Donald R. Littlefield
                                     Texas Bar No. 12427350
                                     Kristina L. Cunningham
                                     Texas Bar No. 24049712
                                     16475 Dallas Parkway, Suite 400
                                     Dallas, Texas 75001-6837
                                     Tel 972-733-2900
                                     Fax 713-403-6410
                                     Email: dlittlefield@ballardlittlefield.com
                                                  kcunningham@ballardlittlefield.com

                              **ATTORNEYS FOR GARNISHEE**
                              **UBS FINANCIAL SERVICES INC.**

## VERIFICATION

STATE OF TENNESSEE

COUNTY OF Davidson

    Before me, the undersigned authority, on this day personally appeared Fiorela Orezzoli, on behalf of UBS Financial Services Inc., signing as its Custodian of Records for UBS Financial Services Inc., a person whose identity is known to me. After I administered an oath to her, upon oath she said she read the Verified Original Answer of UBS Financial Services Inc., and that the facts stated in it are within his/her personal knowledge and are true and correct.

_____
Fiorela Orezzoli, Associate Director

    Sworn to and subscribed to before me by Fiorela Orezzoli on this 27th day of February, 2017.

_____
Notary Public in and for the
State of Tennessee

My commission expires 01/04/18

4

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by methods indicated on February 28, 2017 to the following:

*Via First Class Mail*
Herb Linder
United States Department of Justice
717 N. Harwood, Suite 400
Dallas, TX 75201

*Via First Class Mail*
Dominique Colliot
8709 Mendocino Drive
Austin, TX 78735

/s/Donald R. Littlefield
Donald R. Littlefield