UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                              Plaintiff,<br><br>v.<br><br>**DOMINIQUE G. COLLIOT,**<br><br>                              Defendant. | Case No. 1:16-cv-01281 |

## NOTICE OF AND MOTION FOR WITHDRAWAL OF APPEARANCE

Please take notice that Richard D. Euliss, attorney for Dominique G. Colliot, hereby withdraws as attorney of record in this action. Mr. Euliss withdraws his appearance because he will no longer be affiliated with Carlton Fields Jorden Burt, PA, as of June 22, 2018. Lawrence R. Kemm will continue to serve as counsel for Colliot. Mr. Kemm's contact information is as follows:

Lawrence R. Kemm
CARLTON FIELDS JORDEN BURT, P.A.
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL   33607
Tel:  813.229.4107
Fax:  813.229.4133
lkemm@carltonfields.com

WHEREFORE, the undersigned requests that the Court grant this motion for withdrawal of appearance.

                                                            Respectfully submitted,

Dated:  June 14, 2018                           /s/ Richard D. Euliss

115067445.1

        Richard D. Euliss
        *Pro Hac Vice*
        CARLTON FIELDS JORDEN BURT, P.A.
        1025 Thomas Jefferson Street, NW Suite 400W
        Washington, D.C. 20007
        Tel:    202.295.6523
        Fax:   202.965.5208
        reuliss@carltonfields.com

        *Counsel for Defendant, Dominique G. Colliot*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which system serves the filed document on the same day to the following counsel of record:

| *Counsel for Plaintiff:* | *Counsel for Garnishee:* |
|---|---|
| **Herbert W. Linder**<br>US Department of Justice<br>Tax Division<br>717 N. Harwood, Suite 400<br>Dallas, TX 75201 | **Donald R. Littlefield**<br>Ballard & Littlefield, LLP<br>16475 Dallas Parkway, Suite 400<br>Dallas, TX 75001 |
| **Jon E. Fisher**<br>Department of Justice<br>Tax Division<br>717 N. Harwood, Suite 400<br>Dallas, TX 75201 | **Kristina L. Cunningham**<br>Ballard & Littlefield, LLP<br>3700 Buffalo Speedway, Suite 250<br>Houston, TX 77098 |

By:   /s/ Richard D. Euliss