UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 JUN 19 PM 4:07

UNITED STATES OF AMERICA,

                Plaintiff,

v.

DOMINIQUE G. COLLIOT, ET AL.,

                Defendants.

Case No. 1:16-cv-01281-SS

**PROPOSED ORDER GRANTING NOTICE
OF AND MOTION FOR WITHDRAWAL OF APPEARANCE**

THIS CAUSE, having come before the Court on attorney Richard D. Euliss' Notice of and Motion for Withdrawal of Appearance ("Motion"), and having reviewed the aforementioned document, it is ORDERED that the Motion is GRANTED.

**DONE and ORDERED** in Chambers at Austin, Texas, on this 18th day of June, 2018.

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE

115070154.1