UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO:  AU:16-CV-01281-SS |
| § | |
| DOMINIQUE G. COLLIOT § | |

**ORDER**

IT IS ORDERED that a status conference in this case is set on **Tuesday, February 05, 2019**, at **10:00 AM**, in Courtroom No. 2, Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas.  Counsel must be prepared to discuss the following:

1. Motions pending;

2. Any further discovery requests;

3. Counsel and witness availability for trial;

4. Settlement negotiations (the Plaintiff[s] must have made an initial offer to settle the entire case prior to the status conference, and the Defendant[s] must have had sufficient time to respond to the offer prior to the status conference).

The status conference may be conducted by telephone, **and any such request must be made by February 1, 2019**.  The party making such request must confirm with other parties in the case and call Linda Mizell at 512/916-5230 to schedule.  The use of cell phones, cordless telephones, or speaker phones is prohibited during a telephonic appearance.

SIGNED this the 28th day of January, 2019.

*/s/ Sam Sparks*
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE