UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|      Plaintiff,        ) | |
|           ) | Case No. 1:16-CV-01281 |
| v.        ) | |
|           ) | |
| DOMINIQUE G. COLLIOT, et al.,        ) | |
|      Defendants,        ) | |
|           ) | |

**JOINT STIPULATION FOR DISMISSAL**

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

JOHN F. BASH
United States Attorney

/s/ Herbert W. Linder
HERBERT W. LINDER
Ohio Bar No. 0065446
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas  75201
(214) 880-9754
(214) 880-9774 (facsimile)
Herbert.W.Linder@usdoj.gov

ATTORNEYS FOR UNITED STATES

/s/ Lawrence R. Kemm
Lawrence R. Kemm
Texas Bar No. 00784381
**CARLTON FIELDS JORDEN BURT, P.A.**
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607
Telephone: 813.229.4107
Facsimile: 813.229.4133
lkemm@carltonfields.com
Counsel for Defendant, Dominique G. Colliot

/s/ Donald R. Littlefield
Donald R. Littlefield
Texas Bar No. 12427350
16475 Dallas Parkway, Suite 400
Telephone 972-733-2900
Fax 713-403-6410
dlittlefield@ballardlittlefield.com
Counsel for UBS Financial Services, Inc.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Joint Stipulation has been made on January 29, 2019, by electronically filing and by mailing copies of the documents thereof to:

Lawrence Kemm
CARLTON FIELDS JORDEN BURT, P.A.
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607
COUNSEL FOR DOMINIQUE G. COLLIOT

Donald R. Littlefield
Ballard & Littlefield, LLP
16475 Dallas Parkway, Suite 400
Dallas, Texas 75001-6837
COUNSEL FOR UBS FINANCIAL SERVICES, INC.

/s/ Herbert W. Linder
HERBERT W. LINDER