UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DOMINIQUE G. COLLIOT, et al.,<br>Defendants. | Case No. 1:16-CV-01281 |

## ORDER DISMISSING CASE WITH PREJUDICE

The Court have considered the joint stipulation of dismissal filed by the parties:

It is therefore Ordered that the above captioned case is hereby dismissed with prejudice with each party to bear its own costs and fees.

Dated: 1-29-19

THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE